UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIELA GARCIA UTTER,<br><br>*Plaintiff*,<br><br>vs.<br><br>COLOPLAST CORP. AND COLOPLAST MANUFACTURING US, LLC.,<br><br>*Defendants*. | Civil Action No.: 1:21-cv-04202<br>Hon. John Robert Blakey |

## STATEMENT OF SETTLEMENT

TO THE HONORABLE COURT: Plaintiff GABRIELA GARCIA UTTER by and through her counsel hereby submits this Statement of Settlement and advises the Court as follows: The Parties are finalizing an agreement that will settle all disputes between them and anticipate that such agreement will be reached on or before September 6, 2022, at which time the Parties will file a Joint Stipulation of Dismissal.

Dated: July 7, 2022

*/s/ Danae N. Benton*
**Danae N. Benton**
TX Bar No. 24080422
5473 Blair Road
Dallas, TX 75231
Tel: 214-890-0711
Fax: 214-890-0712
dbenton@fnlawfirm.com

**Gibbs Henderson**
IL Bar No. 6314687
5473 Blair Road
Dallas, TX 75231
Tel: 214-890-0711
Fax: 214-890-0712
ghenderson@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that that a true and correct copy of this Statement of Settlement was served via electronic means on all parties of record this 7th day of July 2022.

/s/ Danae N. Benton